Order modified so as to strike therefrom the following provision: "And such other owners of property abutting on Depew Place between 42nd and 43rd Streets as may be affected," and as so modified affirmed, without costs in this court to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

In the Matter of the Petition of THE TERMINAL RAILWAY OF BUFFALO, Respondent, as to its Highway Crossings in the TOWN OF WEST SENECA, Appellant.

In the Matter of the Petition of THE TERMINAL RAILWAY OF BUFFALO, Respondent, as to its Highway Crossings in the TOWN OF CHEEKTOWAGA, Appellant.

*Matter of Terminal Railway of Buffalo*, 122 App. Div. 59, 896, affirmed. (Argued March 31, 1908; decided April 14, 1908.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 15, 1907, which affirmed a determination of the board of railroad commissioners granting the petitioner the right to cross certain streets and roads.

*John W. Fisher* for appellants.

*Charles A. Pooley* for respondent.

Order affirmed in each case, with one bill of costs and disbursements in both cases; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.